# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HMONG COLLEGE PREP ACADEMY, | Civil Action No. 0:21-cv-01721-PAM-BRT |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO REMAND** |
| WOODSTOCK CAPITAL, LLC AND CARL REINER,[1] | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1447(c), Plaintiff Hmong College Prep Academy hereby moves and respectfully requests that the Court remand this action to the Second Judicial District of Minnesota. The notice of removal filed by Defendants Woodstock Capital, LLC and Clark Reiner fails to adequately plead the citizenship of Defendant Woodstock Capital, LLC, and therefore Defendants have failed to plead diversity of citizenship under 28 U.S.C. § 1332(a). Plaintiff's Motion is based upon all of the files, records, and proceedings on file, the memorandum of law and supporting documents submitted herewith, and the arguments of counsel.

[*The remainder of this page is intentionally left blank.*]

---

[1] In the caption and body of their Notice of Removal, Defendants erroneously list Defendant Clark Reiner's first name as "Carl" instead of "Clark."

Dated:  August 18, 2021                    **MASLON LLP**

By: *s/ John T. Duffey*
　　John T. Duffey (#0392157)
　　Clayton J. Carlson (#0401182)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
　　john.duffey@maslon.com
　　clayton.carlson@maslon.com

**ATTORNEYS FOR PLAINTIFF**