# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HMONG COLLEGE PREP ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>WOODSTOCK CAPITAL, LLC AND CARL REINER,[1]<br><br>Defendants. | Civil Action No. 0:21-cv-01721-PAM-BRT<br><br><br>**NOTICE OF HEARING ON PLAINTIFF'S MOTION TO REMAND** |

PLEASE TAKE NOTICE that on September 29, 2021, at 10:00 a.m. in Courtroom 7D at the United States District Courthouse, 316 North Robert Street, 100 Federal Building, St. Paul, MN 55101, the Honorable Paul A. Magnuson presiding, Plaintiff Hmong College Prep Academy will move the Court, pursuant to 28 U.S.C. § 1447(c), for an order remanding this action to the Second Judicial District of Minnesota. This Motion is based upon all files, records, and proceedings herein, the memorandum of law and supporting documents submitted herewith, and the arguments of counsel.

[*The remainder of this page is intentionally left blank.*]

---

[1] In the caption and body of their Notice of Removal, Defendants erroneously list Defendant Clark Reiner's first name as "Carl" instead of "Clark."

2

Dated:  August 18, 2021                                   **MASLON LLP**

By: *s/ John T. Duffey*
    John T. Duffey (#0392157)
    Clayton J. Carlson (#0401182)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200
    john.duffey@maslon.com
    clayton.carlson@maslon.com

**ATTORNEYS FOR PLAINTIFF**