# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Hmong College Prep Academy,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Woodstock Capital, LLC, and Clark Reiner,<br><br>　　　　　Defendants. | COURT MINUTES – CIVIL<br>BEFORE:  BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:           21-1721 PAM/BRT<br>Date:                 March 2, 2022<br>Time Commenced: 9:00 am<br>Time Concluded:   9:30 am<br>Time in Court:      30 Minutes |

Hearing on: **STATUS CONFERENCE**

**APPEARANCES:**

　　Plaintiff:　　John Thomas Duffey

　　Defendants:　Matthew Mark Meyer

**PROCEEDINGS:**

　　X　　Via Phone

**Other Remarks:**

　　Status conference held. An Amended Pretrial Scheduling Order will be issued.

　　　　　　　　　　　　　　　　　　*s/ MSK*
　　　　　　　　　　　　　　　　　　Courtroom Deputy/Judicial Assistant