UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hmong College Prep Academy,<br><br>Plaintiff,<br><br>v.<br><br>Woodstock Capital, LLC, and Clark Reiner,<br><br>Defendants. | COURT MINUTES – CIVIL<br>BEFORE:  BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:          21-1721 PAM/BRT<br>Date:               April 15, 2022<br>Time Commenced: 9:30 am<br>Time Concluded:   4:45 pm<br>Time in Court:     7 hours 15 minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:      John Thomas Duffey

    Defendants:  Matthew Mark Meyer

**PROCEEDINGS:**

    X    Settlement conference held. No settlement reached.

                                    *s/ MSK*
                                    Courtroom Deputy/Judicial Assistant