UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hmong College Prep Academy, | Case No. 21-cv-1721 (PAM/DLM) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Woodstock Capital, LLC; and Clark Reiner, | |
| Defendants. | |

This matter is before the Court Plaintiff Hmong College Prep Academy's ("HCPA") unopposed Motion to Enforce Settlement Agreement. (Doc. 90.) The case has been referred to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636 and District of Minnesota Local Rule 72.1. Defendants responded that they do not oppose Plaintiff's motion and agree to the entry of judgment based on Plaintiff's proposed order. (Doc. 95.) For the reasons explained below, the Court recommends that Plaintiff's unopposed Motion to Enforce Settlement Agreement (Doc. 90) be granted.

In November 2024, HCPA entered into a written settlement agreement with Defendants to resolve HCPA's claims in this action. Plaintiff alleges that Defendants have failed to meet their payment obligation contained in Section 1 of the Settlement Agreement.

This Court possesses the inherent power to enforce settlement agreements in cases pending before it. *Bergstrom v. Sears, Roebuck and Co.*, 532 F. Supp. 923, 934 (D. Minn. 1982). "A settlement agreement is essentially a contract, subject to contractual rules of

interpretation and enforcement." *Goddard, Inc. v. Henry's Foods, Inc.*, 291 F. Supp. 2d 1021, 1028 (D. Minn. 2003) (quoting *Ridgecliffe Second Assoc. v. Boutelle,* 2001 WL 1182404, at *2 (Minn. Ct. App. Oct. 9, 2001)). Here, there is no dispute that the parties signed and executed a written settlement agreement which contains all the terms of their agreement. Moreover, where, as here, there is no disagreement of fact, a settlement agreement may be summarily enforced without an evidentiary hearing. *See Bergstrom*, 532 F. Supp. at 934.

## RECOMMENDATION

Accordingly, based on all the files, records, and proceedings in this case, **IT IS RECOMMENDED** that:

1. Plaintiff Hmong College Prep Academy's unopposed Motion to Enforce Settlement Agreement (Doc. 90) be **GRANTED**; and

2. Defendants Woodstock Capital LLC and Clark Reiner be Ordered to specifically perform their payment obligation under Section 1 of the Settlement Agreement by delivering to HCPA the Settlement Payment required by Section 1 of the Settlement Agreement by no later than five (5) business days following the issuance of this Order; and

3. Judgment be entered for Plaintiff College Pre Academy in the amount of the Settlement Payment required by Section 1 of the Settlement Agreement.

Date: November 6, 2025

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals. Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed findings and recommendations within 14 days after being served with a copy" of the Report and Recommendation.

A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).