UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hmong College Prep Academy,　　　　　　　　　　　Civ. No. 21-1721 (PAM/DLM)

　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Woodstock Capital, LLC and
Clark Reiner,

　　　　　　Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko dated November 6, 2025. (Docket No. 96.) The R&R recommends granting Plaintiff Hmong College Prep Academy's unopposed Motion to Enforce Settlement Agreement. (Docket No. 90.)

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.　　The R&R (Docket No. 96) is **ADOPTED**;

2.　　Plaintiff Hmong College Prep Academy's unopposed Motion to Enforce Settlement Agreement (Docket No. 90) is **GRANTED**;

3. Defendants Woodstock Capital, LLC and Clark Reiner shall specifically perform their payment obligation under Section 1 of the Settlement Agreement by delivering to Hmong College Prep Academy the Settlement Payment required by Section 1 of the Settlement Agreement by no later than five business days following the issuance of this Order; and

4. Judgment is entered for Plaintiff Hmong College Prep Academy in the amount of the Settlement Payment required by Section 1 of the Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>December 3, 2025</u>　　　　　　　　　　　　<u>s/ *Paul A. Magnuson*　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge